UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAITLIN SANCHEZ, performing as          10 Civ. 7854 (TPG)
"DORA THE EXPLORER,"
                Plaintiff,              DECLARATION OF SUSAN
   -against-                               CHANA LASK SUPPORTING
                                                                       PLAINTIFF'S MOTION
MTV NETWORKS, a division of
Viacom, International, Inc., d/b/a NICKELODEON,
AND NICKELODEON/VIACOM
CONSUMER PRODUCTS, INC.
                Defendants.
-------------------------------------------------------------------X

Susan Chana Lask, certifies as follows:

1. I am an attorney duly admitted to this District Court. I represent Plaintiff Caitlin Sanchez.

2. Submitted herewith is (a) Plaintiff's Notice of Motion, dated June 25, 2011, (b) Declarations of Caitlin, Hilda and Kevin Sanchez, all dated June 25, 2100 (c) Declaration of Joe Bobker, dated June 26, 2011, and (d) a Memorandum of Law.

3. I certify to the following facts as they are referenced in the Memorandum of Law

4. On May 31, 2011, I contacted Cecilia Rudden, Supervisor, Attorney Services/Case Assignments/MDL of the United States District Court for the Southern District of New York. She informed me that Angie Chrysler was not an attorney ever admitted to this Court.

5. On or about June 2, 2011, I requested Nickelodeon's counsel Jerome Kauf, Esq. to send me the signature pages of the November 15, 2010 infant's compromise filed with this Court. He sent me a November 15, 2010 page signed by Kevin Sanchez and notarized by John Balestriere (see 6/25/11 Kevin Sanchez Cert, Exh. B).

6. Upon showing that page to Mr. Sanchez, he informed that was the first time he saw that page notarized and the notary was a fraud because he never appeared before Mr. Balestriere on November 15, 2010 or anytime regarding his signature.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2011                                 /s Susan Chana Lask

                                                                           _____
                                                                           **SUSAN CHANA LASK, ESQ. (sl-1744)**