UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CAITLIN SANCHEZ, performing as  : 10 Civ. 7854 (TPG)
"DORA THE EXPLORER,"            :
                                :
            Plaintiff,           :
                                :
    -against-                    :
                                :
MTV NETWORKS, a division of      :
Viacom, International, Inc., d/b/a :
NICKELODEON, and                :
NICKELODEAN/VIACOM              :
CONSUMER PRODUCTS, INC.,        :
                                :
            Defendants.         :
----------------------------------------------------------x





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/12

## STIPULATION FOR SUBSTITUTION OF COUNSEL
## FOR PLAINTIFF CAITLIN SANCHEZ

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned past and present counsel for the parties, that pursuant to Southern District of New York Local Rule 1.4 Plaintiff, CAITLIN SANCHEZ, hereby substitutes Harwood Feffer LLP and Moritt Hock & Hamroff LLP in place of Law Offices of Susan Chana Lask as her counsel of record in this action. The contact information for new counsel is as follows:

Robert I. Harwood
Daniella Quitt
Peter W. Overs, Jr.
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630
rharwood@hfesq.com
dquitt@hfesq.com
povers@hfesq.com

Alan S. Hock
Joshua B. Summers
**MORITT HOCK & HAMROFF LLP**
400 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 873-2000
Facsimile: (516) 873-2010
ahock@moritthock.com
jsummers@moritthock.com

Dated: February 7, 2012

| | |
|---|---|
| **HARWOOD FEFFER LLP** | **SHEARMAN & STERLING LLP** |
| By: *[signature]* | By: *[signature]* Stephen Fishbein |
| Robert I. Harwood | ~~Kirsten Nelson Cunha~~ Stephen Fishbein |
| Daniella Quitt | 599 Lexington Avenue |
| Peter W. Overs, Jr. | New York, NY 10022-6069 |
| 488 Madison Avenue | Telephone: (212) 848-~~4320~~ |
| New York, New York 10022 | 4484 |
| Telephone: (212) 935-7400 | |
| *Attorneys for Plaintiff Caitlin Sanchez* | *Attorneys for Defendants* |
| | |
| **LAW OFFICES OF SUSAN CHANA LASK** | **CAITLIN SANCHEZ** |
| By: *[signature]* | By: *[signature]* |
| Susan Chana Lask | Diane F. Krausz |
| 244 Fifth Avenue, Suite 2369 | 322 Eighth Avenue, Suite 601 |
| New York, NY 10001 | New York, NY 10001 |
| Telephone: (212) 358-5762 | Telephone: (212) 244-5292 |
| *Former Attorney for Plaintiff* | *Guardian for Caitlin Sanchez* |

IT IS SO ORDERED:

Dated: 2/10/12

*[signature]*

HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

2